IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK D. BOGER,                    )
                                     )
          Petitioner,                )
                                     )
     v.                              )          1:17CV433
                                     )
MARTY GALLOWAY, et al.,              )
                                     )
          Respondents.               )


## ORDER

On May 18, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Petitioner timely filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Petitioner filing a new petition, correcting the defects set out in the Order and Recommendation, and filing the petition in the correct district. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of June, 2017.

_____
        United States District Judge